United States Court of Appeals
Fifth Circuit

**F I L E D**

October 5, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-51285
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

FRANCISCO GONZALEZ-ORTIZ, also
known as Frank Ortiz,

                              Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:05-CR-1178-ALL
---------------------

Before JONES, Chief Judge, and SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

     Appealing the Judgment in a Criminal Case, Francisco
Gonzalez-Ortiz raises arguments that are foreclosed by United
States v. Hinojosa-Lopez, 130 F.3d 691, 694 (5th Cir. 1997),
which held that a Texas felony conviction for possession of
marijuana was an "aggravated felony" under § 2L1.2(b) of the
Sentencing Guidelines.  The Government's motion for summary
affirmance is GRANTED, and the judgment of the district court is
AFFIRMED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.